**LANCASTER GENERAL HOSPITAL,
Petitioner**

v.

**WORKERS' COMPENSATION
APPEAL BOARD (WEBER–
BROWN), Respondent.**

Supreme Court of Pennsylvania.

Nov. 30, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of November, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue, rephrased for clarity:

Whether the Commonwealth Court erred in concluding that Section 309 of the Workers' Compensation Act, 77 P.S. § 582, permits a claimant's workers' compensation benefits to be calculated based on wages earned with an employer different from the one paying the benefits and where the change in em-

ployer took place more than 52 weeks before the date of the injury?